UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO CORTES-ONTIVEROS,

Petitioner,

v.

WARDEN, California City Corrections Center, et al.,

Respondents.

No.  1:26-cv-001259-DC-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 8)

Petitioner, a noncitizen proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2025, the magistrate judge filed findings and recommendations which were served on both parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 8.  Neither party filed objections.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 8) are ADOPTED;

2.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED;

3.  Respondents are ordered to provide Petitioner Julio Cortes-Ontiveros with a bond hearing within seven days of the date of entry of this order, at which Respondents bear the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight to justify his continued detention; and

4.  The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.


IT IS SO ORDERED.

Dated:   **March 18, 2026**

_____
Dena Coggins
United States District Judge

2